IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
FEB 27 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. W14-661M |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| v | ) | [Count One: 18 U.S.C. §§7(3) & 13 and |
| | ) | T.P.C. § 49.04(c) – Driving While |
| CHAD W. BARRETT, | ) | Intoxicated (open container); |
| | ) | Count Two: 18 U.S.C. §7(3) & 21 U.S.C. |
| Defendant. | ) | § 844(a) – Simple Possession (Spice) |
| | ) | Count Three: 18 U.S.C. §§7(3) & 13 and |
| | | T.P.C. § 38.03(a) – Resisting Arrest, |
| | | Search, or Transportation] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04(c)]

On or about October 29, 2013, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, the Defendant

CHAD W. BARRETT

did drive and operate a motor vehicle in a public place while intoxicated and in possession of an open container of alcohol, in violation of Section 49.04(c) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

COUNT TWO
[18 U.S.C. §7(3) & 21 U.S.C. § 844(a)]

On or about October 29, 2013, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

CHAD W. BARRETT

did knowingly, intentionally, and unlawfully posses some amount of Spice, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a), and Title 18, United States Code, Section 7(3).

## COUNT THREE
[18 U.S.C. §§7(3) & 13 and T.P.C. § 38.03(a)]

On or about October 29, 2013, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

### CHAD W. BARRETT

did intentionally prevent and obstruct a person he knew was a peace officer from effecting an arrest by using force against the peace officer, in violation of Title 18, United States Code, Sections 7(3) & 13 and Texas Penal Code Section 38.03(a).

ROBERT PITMAN
United States Attorney

By: *[signature]*
TIMOTHY J. DOWNING
Special Assistant United States Attorney

UNSEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:     FEBRUARY 24, 2014        MPR #: 06035-13 & 06002-13   CASE NO. W14-601M
COUNTY:   BELL
JUDGE:    JEFFREY MANSKE
S.A.U.S.A.: TIMOTHY J. DOWNING

DEFENDANT:

CHAD W. BARRETT

### OFFENSES & MAXIMUM PUNISHMENT

Count One: 18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04(c) – Driving While Intoxicated (open container) – Confinement: minimum 6 days, maximum 180 days; $2,000 fine; $10 SA.

Count Two: 18 U.S.C. § 7(3) and 21 U.S.C. § 844(a) – Simple Possession (Spice) – 1 Year Confinement, minimum $1,000 fine, $25 SA.

Count Three: 18 U.S.C. §§7(3) & 13 & T.P.C. § 38.03(a) – Resisting Arrest, Search, or Transportation – One year confinement; $4,000 fine; $25 SA.